**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**CHIBUEZE C. ANAEME,**

       **Plaintiff,**

    v.                                    1:11-CV-1230
                                                    (MAD/DRH)

**UNITED STATES OF AMERICA, et. al.,**

       **Defendant.**
_____

**APPEARANCES:**                            **OF COUNSEL:**

CHIBUEZE C. ANAEME
c/o General Delivery
United States Post Office - Midway Branch
San Diego, California 92138
*Plaintiff Pro Se*

**MAE A. D'AGOSTINO, U. S. DISTRICT JUDGE**

## ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge David R. Homer, duly filed on the 14th day of December 2011. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

     **ORDERED** that:

     1. The Report-Recommendation is hereby adopted in its entirety.

     2. The Commissioner is granted judgment on the pleadings and Plaintiff's motion for judgment on the pleadings is denied.

    3. The Clerk is directed to close the case and enter judgment accordingly.

    4. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: January 5, 2012
      Albany, New York

_____
Mae A. D'Agostino
U.S. District Judge